No. 76–1560.   UNITED STATES *v.* UNITED STATES GYPSUM Co. ET AL.   C. A. 3d Cir.   ·[Certiorari granted, *ante,* p. 815.] Motion of respondents for additional time for oral argument granted and 10 additional minutes allotted for that purpose. The United States also allotted 10 additional minutes for oral argument.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 77–117.   NATIONAL BROILER MARKETING ASSN. *v.* UNITED STATES.   C. A. 5th Cir.   [Certiorari granted, *ante,* p. 888.]   Motion of American Farm Bureau Federation for leave to file a brief as *amicus curiae* granted.

No. 77–285.   CALIFORNIA ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   [Certiorari granted, *ante,* p. 984.]   Motion of petitioners for additional time for oral argument granted and 15 additional minutes allotted for that purpose.   The United States also allotted 15 additional minutes for oral argument.

No. 77–689.   INDIANA & MICHIGAN ELECTRIC CO. *v.* CITY OF MISHAWAKA, INDIANA, ET AL.   C. A. 7th Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 77–5710.   SPEIGHTS *v.* BUE, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 77–575.   JOHN ET AL. *v.* MISSISSIPPI.   Appeal from Sup. Ct. Miss.; and

No. 77–836.   UNITED STATES *v.* JOHN ET AL.   C. A. 5th Cir. Motion of Mississippi Band of Choctaw Indians for leave to file a brief in No. 77–575 as *amicus curiae* granted.   In No. 77–575, further consideration of question of jurisdiction postponed to hearing of case on the merits.   In No. 77–836, certiorari granted.   Cases consolidated and a total of one hour allotted for oral argument.   Reported below: No. 77–575, 347 So. 2d 959; No. 77–836, 560 F. 2d 1202.